**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **A.B.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-5770 |
| | : | |
| **MARRIOTT INTERNATIONAL, INC.** | : | |

# ORDER

**AND NOW,** this 22nd day of April 2020, upon considering Defendant's Motion to dismiss (ECF Doc. No. 25), Plaintiff's Response (ECF Doc. No. 26), Defendant's Reply (ECF Doc. No. 27), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion to dismiss (ECF Doc. No. 25) is **GRANTED in part** and **DENIED in part**:

1. Plaintiff may proceed under 18 U.S.C. § 1595 based on allegations allowing us to reasonably infer constructive knowledge and the three hotels' actual agency relationship with the Defendant;

2. Plaintiff may not presently proceed on claims of the Defendant's actual knowledge under section 1595 or under an apparent agency relationship of the three hotels with the Defendant;

3. Plaintiff may not proceed on claims under the Pennsylvania human trafficking statute, 18 Pa. Cons. Stat. § 3051, as time barred on the face of the amended Complaint and, even if timely, Plaintiff does not sufficiently plead Defendant knowingly marketed or provided its hotel rooms to the trafficker; and,

4. Defendant shall answer the remaining allegations on or before **May 6, 2020**.

_____
**KEARNEY, J.**