**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| A.B., an individual,<br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br>Defendant. | Civil Action No.: 19-cv-5770-MAK<br><br>Hon. Mark A. Kearney |

**PROPOSED ORDER**

**AND NOW,** upon consideration of Marriott International, Inc.'s Motion to Leave to File a Third-Party Complaint under Federal Rule of Civil 14(a) (ECF No. 48), it is hereby **ORDERED** that the Motion is **GRANTED.**

______________________
**KEARNEY, J.**