IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.B. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-5770 |
| | : | |
| MARRIOTT INTERNATIONAL, INC. | : | |

## ORDER

**AND NOW**, this 6th day of July 2020, upon considering the Defendant's Motion for leave to file third-party claims (ECF Doc. No. 48), Plaintiff's Response (ECF Doc. No. 49) consenting to third-party claims against franchisees but opposing claims against the personal traffickers, Defendant's Reply (ECF Doc. No. 53), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Defendant's Motion (ECF Doc. No. 48) is **GRANTED** and it is granted leave to file the third-party Complaint attached as Exhibit A to its Motion (ECF Doc. No. 48-1) no later than **July 8, 2020** and immediately take steps to effect service upon the third-party Defendants; and,

2. Absent service of the third-party Defendants by **July 20, 2020**, Defendants shall file a supplemental Memorandum on **July 22, 2020** and every fourteen days thereafter describing its efforts to effect service upon an unserved third-party Defendant.

_____
KEARNEY, J.