| A.B. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 19-5770 |
| | : | |
| MARRIOTT INTERNATIONAL, INC. | : | |

# ORDER

**AND NOW**, this 25th day of August 2020, it having been reported the above captioned

matter is settled, it is **ORDERED:**

1.      This action is **DISMISSED with prejudice** under agreement of counsel and Local

Rule of Civil Procedure 41.1(b);[1] and,

2.      The Clerk of Court shall mark this matter **CLOSED.**

_____
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).